BRENDA CORNELL, Respondent, v 360 WEST 51ST STREET REALTY, LLC, et al., Defendants, and 360 W. 51ST STREET CORP., Appellant.

Submitted November 18, 2013; decided December 10, 2013

Motion to enlarge the record on appeal denied.

Judge ABDUS-SALAAM taking no part.

BRENDA CORNELL, Respondent, v 360 WEST 51ST STREET REALTY, LLC, et al., Defendants, and 360 W. 51ST STREET CORP., Appellant.

Submitted December 2, 2013; decided December 10, 2013

Motion by Council of New York Cooperatives & Condominiums for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.

Submitted November 25, 2013; decided December 10, 2013

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.

EXECUTIVE PLAZA, LLC, Appellant, v PEERLESS INSURANCE COMPANY, Respondent.

Submitted November 25, 2013; decided December 10, 2013

*See* 717 F3d 114.